# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01808-BNB

C. ELI-JAH HAKEEM MUHAMMAD, a.k.a. CHRISTOPHER MITCHELL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS (DOJ),
H. G. LAPPIN, BOP Director,
R. WILEY, FCC ADX Warden,
A. REAR, Ex-Administrative Remedy Coordinator,
M. COLLINS, ADX Unit Manager,
V. SUDLOW, Ex-ADX Case Manager, and
R. MADISON, ADX Counselor,

    Defendants.





FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 7 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On November 29, 2007, Plaintiff filed a Motion Requesting Copying of Legal Materials, Documents, and Exhibits. The Motion is DENIED. Plaintiff has no constitutional right to photocopies. Plaintiff also filed a Motion for Appointment of Counsel on December 6, 2007. The Motion is DENIED as premature. Plaintiff further, on February 1, 2008, filed a Motion to Extend Time to file his certified account statement. The Motion is DENIED as moot. Plaintiff filed the account statement on February 4, 2008.

Dated: February 7, 2008

Copy of this Minute Order mailed on February 7, 2008, to the following:

C. Eli-jah Hakeem Muhammad
a/k/a Christopher Mitchell
Reg. No. 02791-088
ADX - Florence
PO Box 8500
Florence, CO 81226

                                            Secretary/Deputy Clerk