IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01808-WYD-BNB

C. ELI-JAH HAKEEM MUHAMMAD, a.k.a. CHRISTOPHER MITCHELL,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS (D.O.J.),
H. G. LAPPIN, BOP Director,
R. WILEY, FCC/ADX Warden,
A. REAR, Ex-ADX Administrative Remedy coordinator,
M. COLLINS, ADX Unit Manager,
V. SUDLOW, Ex-ADX Case Manager,
R. MADISON, ADX Counselor, and
A. OSAGIE, ADX Physician Assistant, All Being Sued in Their Individual or Official
Capacity,

      Defendants.

_____

ORDER TO CURE DEFICIENCY
_____

Daniel, Judge

      Plaintiff submitted a Notice of Interlocutory Appeal on May 27, 2008. The court has

determined that the document is deficient as described in this order. Plaintiff will be

directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
    <u>X</u>    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C.**
      **§ 1915 and Fed. R. App. P. 24**:
    <u>X</u>    is not submitted
    __    is missing affidavit
    __    is missing certified copy of prisoner's trust fund statement for the 6-month

period immediately preceding this filing
___  is missing required financial information
___  is missing an original signature by the prisoner
___  is not on proper form (must use the court's current form)
___  other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

Dated:  May 30, 2008

BY THE COURT:


s/ Wiley Y. Daniel_____
Wiley Y. Daniel
U. S. District Judge