IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01808-WYD-BNB

C. ELI-JAH HAKEEM MUHAMMAD, a/k/a CHRISTOPHER MITCHELL,

Plaintiff,

v.

USA, et al.,
H.G. LAPPIN, BOP Director, and
A. OSAGIE, ADX, Physician Assistant,

Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Alter or Amend and/or Motion for Relief From Judgment** [Doc. #36]. The plaintiff seeks relief from the Court's Order to Dismiss in Part and to Draw Case to a District Judge and to a Magistrate Judge [Doc. #31, issued 4/9/08]. The Motion is DENIED for lack of jurisdiction.

On May 27, 2008, the plaintiff filed a notice of appeal in the circuit court [Doc. #44]. The plaintiff is appealing the Court's Order to Dismiss in Part and to Draw Case to a District Judge and to a Magistrate Judge.

"In general, filing of a notice of appeal confers jurisdiction on the court of appeals and divests the district court of control over those aspects of the case involved in the appeal." Marrese v. American Academy of Orthopaedic Surgeons, 470 U.S. 373, 379 (1985). Because the issues presented in plaintiff's appeal involve the same issues presented in the instant Motion, this Court lost jurisdiction over the Motion after the plaintiff filed his notice of appeal.

Accordingly, this Court does not have jurisdiction to rule on the plaintiff's Motion.

Accordingly,

> IT IS ORDERED that the Motion is DENIED for lack of jurisdiction.
>
> Dated September 25, 2008.

>                                   BY THE COURT:
>
>                                    s/ Boyd N. Boland
>                                   United States Magistrate Judge