IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01808-WYD-BNB

C. ELI-JAH HAKEEM MUHAMMAD, a/k/a CHRISTOPHER MITCHELL,

Plaintiff,

v.

H.G. LAPPIN, BOP Director, and
A. OSAGIE, ADX, Physician Assistant,

Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

On April 21, 2008, the district judge ordered the United States Marshal to serve the defendants [Doc. #35]. It appears from the record that defendant Lappin has not been served. Accordingly,

IT IS ORDERED that the United States Marshal shall personally serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915 and all other orders upon defendant Lappin. All costs of service shall be advanced by the United States.

Dated January 26, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01808-WYD-BNB

C. Eli-jah Hakeem Muhammad
a/k/a Christopher Mitchell
Reg. No. 02791-088
ADX - Florence
PO Box 8500
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: Harley G. Lappin

Mark S. Pestal
Assistant United States Attorney
United States Attorney's Office
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Harley Lappin: AMENDED COMPLAINT FILED 12/06/07, ORDER FILED 4/9/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/27/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk