IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01808-WYD-BNB

C. ELI-JAH HAKEEM MUHAMMAD, a/k/a CHRISTOPHER MITCHELL,

Plaintiff,

v.

H.G. LAPPIN, BOP Director, and
A. OSAGIE, ADX, Physician Assistant,

Defendants.
_____

**ORDER**
_____

This matter is before me on the defendants' **Motion for Legible Copy of Amended Complaint** [Doc. #70, filed 2/9/09] (the "Motion"). The defendants request that the plaintiff be directed to provide them with a legible copy of his Second Amended Complaint. The Motion is GRANTED.

The plaintiff filed his initial Complaint on August 28, 2007 [Doc. #3]. He was ordered to resubmit his Complaint on a current Court-approved form [Doc. #2]. He filed an Amended Complaint on the Court's form [Doc. #6]. The Amended Complaint was prolix and contained repetitive claims and claims that failed to state a cause of action. Consequently, he was ordered to file a second amended complaint to cure those deficiencies [Doc. #8]. He filed his Second Amended Complaint on December 6, 2007 [Doc. #24]. Many portions of the Second Amended Complaint are illegible [Doc. #24, filed 12/6/07].

The plaintiff is a very experienced litigant. The Court's docketing system shows that he has filed at least 23 actions in this Court. In addition, I note that I have in several cases ordered

the plaintiff to submit legible copies of his papers.  E.g., *Civil Action No. 06-cv-00547-WYD-BNB*, Doc. #48.  I find that the plaintiff's repeated failure to submit an appropriate complaint is an abusive litigation technique.

Accordingly, on or before March 13, 2009, the plaintiff shall file with the Court a legible copy of his Second Amended Complaint.  The plaintiff may **not** file a complaint that differs in any substantive way from the Second Amended Complaint.  I caution the plaintiff that failure to file a legible copy of the Second Amended Complaint in compliance with this Order may result in sanctions, including dismissal of this case.

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that on or before **March 13, 2009**, the plaintiff shall file with the Court a legible copy of his Second Amended Complaint in compliance with this Order.

IT IS FURTHER ORDERED that failure to file a legible copy of the Second Amended Complaint in compliance with this Order may result in sanctions, including dismissal of this case.

Dated February 12, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge