IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01808-WYD-BNB

C. ELI-JAH HAKEEM MUHAMMAD, a/k/a CHRISTOPHER MITCHELL,

Plaintiff,

v.

H.G. LAPPIN, BOP Director, and
A. OSAGIE, ADX, Physician Assistant,

Defendants.

---

**ORDER**

---

On February 12, 2009, I ordered the plaintiff [Doc. #72] to file a legible copy of his Second Amended Complaint. On March 12, 2009, the plaintiff filed a paper entitled "Declaration Under Penalty of Perjury" [Doc. #75] (the "Declaration"). Attached to the Declaration are legible copies of the plaintiff's pending claims. Accordingly,

IT IS ORDERED that on or before **March 27, 2009**, the defendants shall answer or otherwise respond to the Amended Complaint.

Dated March 17, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge