IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01808-WYD-BNB

C. ELI-JAH HAKEEM MUHAMMAD, a/k/a CHRISTOPHER MITCHELL,

Plaintiff,

v.

USA, et al.,
H.G. LAPPIN, BOP Director, and
A. OSAGIE, ADX, Physician Assistant,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendants' Motion to Vacate January 5, 2010 Evidentiary Hearing** [docket no. 109, filed December 30, 2009] (the "Motion").

      IT IS ORDERED that the Motion is DENIED. The video hearing will go forward as previously set on **January 5, 2010, at 10:00 a.m.** Plaintiff's counsel is to confirm with the Bureau of Prisons that the hearing will still go forward.


DATED: January 4, 2010