IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| **Civil Action No.** 07-cv-01808-WYD-BNB | FTR BNB Courtrom A 401 |
| **Date:** January 5, 2010 | Courtroom Deputy, Geneva D. Mattei |

| | |
|---|---|
| C. ELI-JAH HAKEEM MUHAMMAD, aka Christopher Mitchell | Pro Se |
| Plaintiff(s), | |
| v. | |
| USA, et al., H.G. LAPPIN, BOP Director, and A. OSAGIE, ADX, Physician Assistant, | Mark Pestal |
| Defendant(s). | |

## COURTROOM MINUTES

**EVIDENTIARY HEARING**

Court in Session:    10:01 a.m.

Court calls case.

Appearances of Counsel. Plaintiff pro se appearing by video conference.

Evidence is offered regarding the defendants' motion to dismiss [Doc. #82; filed April 6, 2009].

Witness is sworn. Direct examination of Christopher B. Synsvoll .

 Exhibits A thru E are addressed.

Counsel offers Exhibits A thru E for admission.

Exhibits A thru E are admitted.

Plaintiff rests.

**ORDERED:   The defendants' motion to dismiss [Doc. #82; filed April 6, 2009] is TAKEN**

**UNDER ADVISEMENT, as stated in record. The court will file a Recommendation.**

Court in Recess:       10:30 a.m.       Hearing concluded.    Total time in Court:    00:29

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.